IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

PERSONALIZED NURSING LIGHT
HOUSE, FAIR HOUSING CENTER
OF METRO DETROIT, and JOSEPH
PALIWODA,

        Plaintiffs,         Case No. 20-11304

v.         Hon. Bernard A. Friedman

CROSSING OWNER LLC and
PEPPER PIKE PROPERTY
MANAGEMENT, LLC,

        Defendants.

_____

## STIPULATED ORDER EXTENDING
## DISCOVERY CUTOFF AND MOTION DEADLINES

On August 17, 2020, the Court issued its Scheduling Order in this case. (Dkt. #10). Pursuant to the Scheduling Order, discovery must be completed by April 8, 2021, and a motions must be filed by June 11, 2021. (*Id.*).

Since that time, the parties have engaged in written discovery. The parties participated in a voluntary facilitative mediation on March 10, 2021 in an effort to investigate the possibility of resolving this matter before expending additional resources. The mediation was not successful. At this time, the parties require additional time to complete necessary depositions and discovery. The parties are seeking a 90-day extension of the discovery cutoff and a 60-day extension of the

motion filing deadline.

Therefore, and based on the foregoing, the Parties hereby consent and stipulate to entering the following Order:

IT IS HEREBY ORDERED that the discovery deadline is adjourned from April 8, 2021 to July 8, 2021.

IT IS FURTHER ORDERED that the motion filing deadline is adjourned from June 11, 2021 to August 11, 2021.

IT IS FURTHER ORDERED that all other dates and provisions contained within the Court's August 17, 2020 Scheduling Order (Dkt. #10), as originally provided therein or amended by subsequent Order, shall remain in effect.

IT IS SO ORDERED.

Dated: March 29, 2021
      Detroit, Michigan

s/Bernard A. Friedman
Bernard A. Friedman
Senior United States District Judge

Approved as to Form and Substance:

/s/ Jennifer L. Lord
Jennifer L. Lord (P46912)
Robin B. Wagner (P79408)
Attorneys for Plaintiffs


/s/ Ryan J. Koss
Joseph A. Starr (P47253)
Ryan J. Koss (P79893)
Attorneys for Defendants