IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

PERSONALIZED NURSING LIGHT
HOUSE, FAIR HOUSING CENTER
OF METRO DETROIT, and JOSEPH
PALIWODA,

        Plaintiffs,        Case No. 20-11304

v.        Hon. Bernard A. Friedman

CROSSING OWNER LLC and
PEPPER PIKE PROPERTY
MANAGEMENT, LLC,

        Defendants.

## STIPULATED ORDER OF DISMISSAL

The parties having stipulated to the dismissal of the above referenced cause of action with prejudice and without costs, interest and attorney fees to any party, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the above entitled cause be and is dismissed with prejudice and without costs, interest and attorney fees to any party.

IT IS SO ORDERED.

Dated: October 14, 2021
      Detroit, Michigan

s/Bernard A. Friedman
Bernard A. Friedman
Senior United States District Judge

2

Approved as to Form and Substance:

/s/ Jennifer L. Lord  
Jennifer L. Lord (P46912)  
Robin B. Wagner (P79408)  
Attorneys for Plaintiffs

/s/ Ryan J. Koss  
Joseph A. Starr (P47253)  
Ryan J. Koss (P79893)  
Attorneys for Defendants